[No. 1729-2. Division Two. April 13, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CHESTER GRAYS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 46479, James V. Ramsdell, J., entered January 8, 1975. *Dismissed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 2242-2. Division Two. April 16, 1976.]

*In the Matter of the Adoption of* KARLA LYNN GRUMBEIN. MARVIN E. OLMSTEAD, ET AL, *Petitioners*, v. MICHAEL J. OLSZEWSKI, ET AL, *Respondents*.

Certiorari to review judgments of the Superior Court for Kitsap County, Nos. 2107, 2108, Jay W. Hamilton, J., entered January 16, 1976. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 3392-1. Division One. April 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY K. AMUNRUD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 6826, Phillip G. Sheridan, J., entered November 14, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Andersen, JJ.

[No. 3461-1. Division One. April 19, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 68739, Janice Niemi, J., entered November 15, 1974. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and James, J.